Certificate Number: 00301-PAE-DE-029040373

Bankruptcy Case Number: 17-00794


00301-PAE-DE-029040373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2017</u>, at <u>2:08</u> o'clock <u>PM EDT</u>, <u>DEBORAH A GIRGENTI</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 5, 2017</u>            By:     <u>/s/Iris Serrano</u>

                                    Name:   <u>Iris Serrano</u>

                                    Title:  <u>Certified Bankruptcy Counselor</u>