Certificate Number: 00301-PAM-DE-029078249

Bankruptcy Case Number: 17-00794



00301-PAM-DE-029078249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2017</u>, at <u>5:08</u> o'clock <u>PM EDT</u>, <u>FRANK GIRGENTI</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>April 12, 2017</u>          By:   <u>/s/Iris Serrano</u>

                                      Name: <u>Iris Serrano</u>

                                      Title: <u>Certified Bankruptcy Counselor</u>